UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KENYATTA GRANT,

Defendant.

**ORDER**

14 Cr. 499 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a violation of supervised release hearing on **March 5, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 17, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge