UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KENYATTA GRANT,

Defendant.

**ORDER**

14 Cr. 499 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the violation of supervised release hearing currently scheduled for June 3, 2020 is adjourned to **July 17, 2020 at 11:00 a.m.**

Dated: New York, New York
       May 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge